PEOPLE *v.* WING.

Appeal from Ionia, Bebeau (Leo B.), J. Submitted Division 3 March 5, 1968, at Grand Rapids. (Docket No. 3,608.) Decided August 30, 1968.

James William Wing was convicted, upon his plea of guilty, of breaking and entering. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Walter M. Marks,* Prosecuting Attorney, for the people.

*Douglas R. Welch,* for defendant.

PER CURIAM. Defendant appeals as of right from denial of his motion to set aside his plea of guilty after sentence. By such plea, he was convicted and sentenced for the offense of breaking and entering a building, not an occupied dwelling, to commit larceny.* His appointed counsel, Douglas R. Welch, has performed his appellate function to the fullest extent possible, but this maximum effort is to no avail in view of the record of taking the plea and the record of sentence. These records demonstrate an exemplary performance by a trial judge in taking and accepting a plea of guilty in conformity with GCR 1963, 785.3(1) and in passing sentence in con-

---

* CL 1948, § 750.110, as amended by PA 1964, No 133 (Stat Ann 1968 Cum Supp § 28.305).

formity with GCR 1963, 785.3(2) and CL 1948,
§ 768.35 (Stat Ann 1954 Rev § 28.1058). They obvi-
ate discussion of defendant's present contention that
denial of his motion was erroneous because at the
time of his plea he believed his prior confession
rendered him defenseless.

Affirmed.

HOLBROOK, P. J., and QUINN and McINTYRE, JJ.,
concurred.